# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COLLEEN MESSERLI, | Case No.  1:16-cv-00800-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 2) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Plaintiff Mary Colleen Messerli filed a complaint on June 9, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **June 14, 2016**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE