Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff MARY COLLEEN MESSERLI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY COLLEEN MESSERLI, | Case No.:  1:16-cv-00800-SKO |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| vs. | (Doc. 10) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mary Colleen Messerli ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to December 5, 2016; and that Defendant shall have until January 9, 2017, to provide a response.

This Court is aware that Counsel's Spouse battled Stage IV breast cancer which metastasized initially to her liver and continued to progress with tumors in her lungs, spine and brain.  After exhausting all known chemotherapy treatments over 18 months ago and surviving on willful determination and profound faith alone Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel gently held his wife as she relinquished her fight and passed away.  Counsel required time to deal with providing the appropriate respect to his spouse and to assist his two elementary school age children return to a normal routine.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 5, 2016          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff SHERRI RENEE TELNAS

DATE:  December 5, 2016          BENJAMIN WAGNER
United States Attorney
Deborah Stachel
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Sundeep Patel
_____
Sundeep Patel
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

//

//

**ORDER**

Based on the above stipulation of the parties (Doc. 10), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including December 5, 2016, to serve her Confidential Letter Brief.  Defendant shall serve her response to Plaintiff's Confidential Letter Brief on or before January 9, 2017.

All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

It is further ORDERED that Plaintiff's Motion to Strike Erroneous Filing (Doc. 12) is GRANTED, and the filing at Docket No. 11 is hereby STRICKEN from the docket.

IT IS SO ORDERED.

Dated:   **December 6, 2016**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE