Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff MARY COLLEN MESSERLI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COLLEEN MESSERLI, | Case No.: 1:16-CV-00800-SKO |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mary Colleen Messerli ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to March 28, 2017; and that Defendant shall have until April 27, 2017, to file her opposition. Any reply by plaintiff will be due May 12, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 2, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  February 2, 2017     BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Sundeep Patel

_____
Sundeep Patel
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

Based upon the above stipulation of the parties (Doc. 15), and for good cause shown, IT IS HEREBY ORDERED that the deadline by which Plaintiff shall file her opening brief is extended to March 28, 2017.  Defendant's responsive brief shall be filed on or before April 27, 2017, and Plaintiff may file an optional reply brief on or before May 12, 2017.

IT IS SO ORDERED.

Dated:   **February 3, 2017**              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE