# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COLLEEN MESSERLI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:16-cv-00800-SKO<br><br>**ORDER THAT PLAINTIFF FILE OPENING BRIEF OR SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

　　　Plaintiff Mary Colleen Messerli filed a complaint on June 9, 2016, requesting a review of the Commissioner's denial of disability benefits. (Doc. 1.)  Pursuant to this Court's scheduling order issued on June 14, 2016, Plaintiff was required to file an opening brief no later than ninety-five days after the filing of the administrative record. (Doc. 5 at 2.)  The administrative record was filed on October 25, 2016.  (Doc. 9.)

　　　The parties stipulated to several extensions of time for Plaintiff to file her opening brief, which the Court has granted. (Docs. 10, 13, 15, & 16.)  The most recent order issued on February 3, 2017, required that Plaintiff file her opening brief no later than **March 28, 2017.**  (Doc. 16.)  To date, no opening brief has been filed, and the parties have not stipulated to an additional extension.

　　　Accordingly, Plaintiff is ORDERED to show cause why sanctions should not be imposed for failure to comply with the Court's order.  Plaintiff shall file a written response to this Order to Show Cause **WITHIN seven (7) days of the date of this Order.**  To the extent that Plaintiff requests additional time to file an opening brief, Plaintiff should include such request, supported

1  by good cause under Fed. R. Civ. P. 16(b)(4), in her response.

2  **Failure to respond to this Order to Show Cause within the time specified will result in**
3  **dismissal of this action.**

4
5  IT IS SO ORDERED.

6  Dated:  **April 5, 2017**                              /s/ *Sheila K. Oberto*
7                                                     UNITED STATES MAGISTRATE JUDGE