# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COLLEN MESSERLI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00800-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING BRIEFING DEADLINES**<br><br>**(Docs. 17 & 18)** |

By its order entered on April 5, 2017 (the "Order to Show Cause"), the Court ordered Plaintiff "to show cause why sanctions should not be imposed for failure to comply with the Court's order." (Doc. 17.) On April 12, 2017, Plaintiff filed an adequate response to the Order to Show Cause. (Doc. 18.) Accordingly, the Court DISCHARGES the Order to Show Cause. (Doc. 17.)

In her response, Plaintiff also requests extensions for the briefing schedule in this matter (the "Request"). (*See* Doc. 18.) For good cause shown, the Court GRANTS this Request. (*Id.*) The Court therefore ORDERS that Defendant may file its responsive brief to Plaintiff's opening brief, (Doc. 19), by no later than **May 16, 2017**. Plaintiff may then file her reply brief by no later than **May 28, 2017**.

IT IS SO ORDERED.

Dated: **April 20, 2017**          /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE